# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Marie Maese-Thomason,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Embry-Riddle Aeronautical University, et al.,<br><br>　　　　Defendants. | No. CV-20-08338-PCT-DWL<br><br>**ORDER** |

The Court having received notice that this case has settled (Doc. 73),

**IT IS ORDERED** that the Clerk of Court shall, without further notice, **DISMISS** this entire case on February 9, 2024, and shall enter judgment accordingly, unless *prior thereto* a party files a request for reinstatement on the Court's trial calendar.

**IT IS FURTHER ORDERED** that all deadlines and hearings are vacated and that all pending motions are denied as moot. The final pretrial conference set for February 27, 2024 and the trial set for March 12, 2024 are vacated.

Dated this 9th day of January, 2024.

_____
Dominic W. Lanza
United States District Judge