Joshua Woodard (Bar #015592)
jwoodard@swlaw.com
Audrey E. Chastain (Bar #033998)
achastain@swlaw.com
SNELL & WILMER L.L.P.
One East Washington Street
Suite 2700
Phoenix, AZ  85004-2556
Telephone: (602) 382-6000
Facsimile: (602) 382-6070

*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Marie Antoinette Maese-Thomason,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Embry-Riddle Aeronautical University, Inc.,<br><br>　　　　Defendant. | No. 3:20-cv-08338-DWL<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii), Fed. R. Civ. P., Plaintiff Marie Maese-Thomason and Defendant Embry-Riddle Aeronautical University, Inc. hereby jointly stipulate and agree to dismiss with prejudice Plaintiff's claims against Defendant. Each party shall bear its own attorneys' fees and costs. By filing this Stipulation, the parties stipulate, agree, and respectfully request that the Court enter the accompanying proposed form of order that is filed concurrently herewith and has been approved by the parties through undersigned counsel.

RESPECTFULLY SUBMITTED this 31st day of January, 2024.

CARDEN LIVESAY, LTD.                    SNELL & WILMER L.L.P.

By: *s/ Joshua W. Carden (w/ permission)*   By: *s/ Joshua Woodard*
Joshua W. Carden                        Joshua Woodard
419 E. Juanita Ave., Ste. 103           Audrey E. Chastain
Mesa, AZ  85204                         One East Washington Street
*Attorneys for Plaintiff*               Suite 2700
                                        Phoenix, AZ  85004-2556
                                        *Attorneys for Defendant*

4861-5263-7595